ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona
JESSE J. FIGUEROA
Assistant U.S. Attorney
Arizona State Bar No. 003938
405 W. Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Attorneys for Plaintiff

\_\_FILED\_\_ \_\_LODGED
\_\_RECEIVED\_\_COPY

2011 OCT 27 A 11: 55

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br>　v.<br><br>Gustavo Castillo;<br>Juan Ramirez Granillo,<br>Ramon Gutierrez-Rodriguez,<br>Misael Hernandez Escoto,<br>Ismael Hernandez-Navarette,<br>Ignacio Ochoa-Villegas,<br>Cesar Saldivar-Ramirez,<br>Hazael Zepeda-Ramirez,<br>Jaime Easter Leon,<br>Enrique Hernandez-Sanchez, and<br>Rigoberto Moreno,<br><br>　　　　Defendant's, | CR11-3746 TUC DCB/DTF<br><br>INDICTMENT   VICTIM CASE<br><br>Violations:<br>18 USC § 2 and 1792<br>18 USC § 111(a) and (b)<br>18 USC § 111(a)<br><br>Riot ;<br>Assault on a Federal Officer with a Deadly or Dangerous Weapon;<br>Assault on a Federal Officer;<br>Assault on a Federal Officer Resulting in Bodily Injury |

THE GRAND JURY CHARGES:

### COUNT ONE

On or about August 14, 2011, at or near Tucson in the District of Arizona , Gustavo Castillo, Juan Ramirez-Granillo, Ramon Gutierrez-Rodriguez, Misael Hernandez-Escoto, Ismael Hernandez-Navarette, Ignacio Ochoa-Villegas, Cesar Saldivar-Ramirez, Hazael Zepeda-Ramirez, Jaime Easter Leon, Enrique Hernandez-Sanchez, and Rigoberto Moreno instigated, connived, willfully attempted to cause, assisted and conspired to cause a riot at the Federal Correctional Institution 8901 S. Wilmot Rd. Tucson, Arizona in violation of Title 18 United States Code

Sections 2 and 1792.

## COUNT TWO

On or about August 14, 2011, at the Federal Correctional Institution at or near Tucson in the District of Arizona, Ramon Gutierez-Rodriguez, did intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with United States Correctional Officer Gilbert Garcia, an Officer of the United States while Officer Garcia was engaged in and on account of the performance of his official duties and did so with the use of a deadly or dangerous weapon, that is a rock, in that he threw a rock at Officer Garcia, in violation of Title 18 United States Code Sections 111 (a) and (b).

## COUNT THREE

On or about August 14, 2011, at the Federal Correctional Institution at or near Tucson in the District of Arizona, Ramon Gutierrez-Rodriguez, did intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with United States Correctional Officer Gilbert Garcia, an Officer of the United States while Officer Garcia was engaged in and on account of the performance of his official duties with the act constituting more than simple assault, that is he fought with officer Garcia, in violation of Title 18 United States Code Sections 111 (a).

## COUNT FOUR

On or about August 14, 2011, at the Federal Correctional Institution at or near Tucson in the District of Arizona, Misael Hernandez Escoto, did intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with United States Correctional Officer Gilbert Garcia, an Officer of the United States while Officer Garcia was engaged in and on account of the performance of his official duties with the act constituting more than simple assault, that is he pushed officer Garcia, in violation of Title 18 United States Code Sections 111 (a).

## COUNT FIVE

On or about August 14, 2011, at the Federal Correctional Institution at or near Tucson in the District of Arizona, Ismael Hernandez-Navarette, did intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with United States Correctional Officer Dave White, an Officer of the United States while Officer White was engaged in and on account of the performance of his official duties and did so with the use of a deadly or dangerous weapon, that is a rock, in that he threatened to throw a rock at Officer White, in violation of Title 18 United States Code Sections 111 (a) and (b).

## COUNT SIX

On or about August 14, 2011, at the Federal Correctional Institution at or near Tucson in the District of Arizona, Ignacio Ochoa-Villegas did intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with United States Correctional Officer Randolfo Cordova, an Officer of the United States while Officer Cordova was engaged in and on account of the performance of his official duties and did so with the use of a deadly or dangerous weapon, that is a rock, in that he threatened to throw a rock at Officer Cordova, in violation of Title 18 United States Code Sections 111 (a) and (b).

## COUNT SEVEN

On or about August 14, 2011, at the Federal Correctional Institution at or near Tucson in the District of Arizona, Cesar Saldivar-Ramirez did intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with United States Correctional Officer Robert Nemcik, an Officer of the United States while Officer Nemcik was engaged in and on account of the performance of his official duties, in that he punched Officer Nemcik several times and inflicted bodily injury upon Officer Nemcik; to wit Officer Nemcik suffered a broken nose, in violation of Title 18 United States Code Sections 111 (a) and (b).

## COUNT EIGHT

On or about August 14, 2011, at the Federal Correctional Institution at or near Tucson in the District of Arizona, Hazael Zepeda Ramirez, did intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with United States Correctional Officer Robert Uhring, an Officer of the United States while Officer Uhring was engaged in and on account of the performance of his official duties with the act constituting more than simple assault, that is he fought with officer Uhring, in violation of Title 18 United States Code Sections 111 (a).

A TRUE BILL

/s/

_____
Presiding Juror

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

/s/

Assistant U.S. Attorney

OCT 27 2011

REDACTED FOR PUBLIC DISCLOSURE

US v. Gustavo Castillo, et.al.