UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

FILED ✓ / LODGED
RECEIVED / COPY

MAY - 2 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

United States of America
PLAINTIFF

V.

WITNESS LIST

Cesar Saldivar-Ramirez
DEFENDANT

CASE NUMBER: CR-11-3746-07-TUC-DCB

| PRESIDING JUDGE<br>Hon. David C. Bury | COURTROOM DEPUTY<br>Cathy Schwader | COURT REPORTER<br>Erica Grund |
|---|---|---|
| HEARING/TRIAL DATE(S)<br>4/30/2013; 5/01/2013;<br>5/02/2013 | PLAINTIFF ATTORNEY(S)<br>Lawrence Lee | DEFENDANT ATTORNEY(S)<br>Ramiro Flores |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
| X | | 4/30/2013 | 4/30/2013 | Mark D. Wright | X |
| X | | 4/30/2013 | 4/30/2013 | Todd C. Brown | X |
| X | | 4/30/2013 | 4/30/2013 | Teresa Bloomfield | X |
| X | | 5/01/2013 | 5/01/2013 | Daniel Rios | X |
| X | | 5/01/2013 | 5/01/2013 | Randolfo Cordova | X |
| X | | 5/01/2013 | 5/01/2013 | Vincent Dagiel | X |
| X | | 5/01/2013 | 5/01/2013 | Vickie Petricka | X |
| X | | 5/01/2013 | 5/01/2013 | Anabel Santa Maria | X |
| X | | 5/01/2013 | 5/01/2013 | Robert Nemcik | X |
| | X | 5/01/2013 | 5/01/2013 | Luis Armenta (by video deposition) | |
| | X | 5/01/2013 | 5/01/2013<br>5/02/2013 | Cesar Saldivar-Ramirez | DFT |
| X | | 4/30/2013 | 5/02/2013 | Teresa Bloomfield (Rebuttal) | X |
| X | | 5/02/2013 | 5/02/2013 | Raymond Duron (Rebuttal) | X |