# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

```
FILED _____   LODGED _____
RECEIVED _____   COPY _____
MAY - 2 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

United States of America,
PLAINTIFF,

CR 11-3746 TUC DCB (DTF)

vs.

## EXHIBIT LIST

Cesar Saldivar-Ramirez
DEFENDANT.

| PRESIDING JUDGE Honorable David C. Bury | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| HEARING DATE(S) April 30, 2013 | PLAINTIFF ATTORNEY(S) Lawrence C. Lee, AUSA | DEFENDANT ATTORNEY(S) Ramiro Flores, Esq. |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT |
|---|---|---|---|
| 1 | | 4/30/13 | Magnetic resonance image of Robert Nemcik |
| 2 | | 4/30/13 | Aerial view of FCI Tucson 1 |
| 3 | | ↑ | Aerial view of FCI Tucson 2 |
| 4 | | | Aerial view of FCI Tucson 3 |
| 5 | | | Photo, Mesquite housing unit |
| 6 | | | Photo, "metal shack," metal detector building |
| 7 | | PER STIPULATION | Photo, corner of Ocotillo building |
| 8 | | | Photo, view towards recreation yard |
| 9 | | | Photo, view towards recreation yard 2 |
| 10 | | | Photo, courtyard view towards dining hall |
| 11 | | | Photo, view of recreation yard from SHU outer entrance |
| 12 | | | Photo of SHU entrance |
| 13 | | | Photo of SHU entrance with view of sally port |
| 14 | | | Photo of sally port |
| 15 | | ↓ | Photo of sally port w/ door to SHU |
| 16 | | | Photo of self contained breathing apparatus in sally port |
| 17 | | 4/30/13 | Photo of apparatus uncovered |
| 18 | | 5/1/13 | Photo of defendant |
| 19 | | 5/1/13 | Photo of Robert Nemcik |
| 20 | | 5/1/13 | Transcript of inspection of defendant |
| 21 | | 5/1/13 | SENTRY log for Luis Armenta-Coronado |
| 22 | | 5/1/13 | Log book entry |
| 23 | | | MEMO DATED 9/28/12 BY A. SANTA MARIA SALDIVAR-RAMIREZ PSR |

32