# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America
PLAINTIFF

V.

Cesar Saldivar-Ramirez
DEFENDANT

FILED ☑   LODGED ☐
RECEIVED ☐   COPY ☐

MAY - 2 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____

# EXHIBIT LIST

CASE NUMBER: CR 11-3746 TUC DCB (DTF)

| PRESIDING JUDGE<br>Hon. David C. Bury | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| HEARING/TRIAL DATE(S)<br>April 30, 2013 - May 3, 2013 | PLAINTIFF ATTORNEY(S)<br>Lawrence Lee, AUSA | DEFENDANT ATTORNEY(S)<br>Ramiro Flores, Esq. |

| PLF | DEF No | | ADMITTED | EXHIBITS | Under Rule |
|---|---|---|---|---|---|
| | 24 | | | Photo - Evidence Photograph of Defendant Ramirez-Saldivar (Bate #140) | |
| | 25 | | | Photo - Evidence Photograph | |
| | 26 | | | Photo - Holding Cage | |
| | 27 | | | Photo - Holding Cage and Door | |
| | 28 | | | Photo - Gate Leading to Special Housing | |
| | 29 | | | REPORT - T. BLOOMFIELD | |
| | 30 | | 5/1/13 | INJURY ASSESSMENT FORM | |
| | 31 | | | DISCIPLINE HEARING REPORT - SALDIVAR-RAMIREZ | |