UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | )<br>) |
| Plaintiff, | ) **VERDICT**<br>) |
| vs. | ) CR 11-3746-TUC-DCB<br>) |
| Cesar Saldivar-Ramirez, | )<br>) |
| Defendant. | )<br>) |

WE THE JURY, FIND THE DEFENDANT, **Cesar Saldivar-Ramirez,**

COUNT 1

_Not Guilty_ as charged in Count One of the Indictment (Instigated, Connived, Willfully Attempted to Cause, Assisted and Conspired to Cause a Riot at the Federal Correctional Institute).

COUNT 2

_Not Guilty_ as charged in Count Two of the Indictment (Assault on Federal Officer Causing Bodily Injury).

_____        May 2, 2013
**Signature of Foreperson**        Date