AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

V.

CESAR SALDIVAR-RAMIREZ

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   CR-11-3746-07-TUC-DCB(DTF)

A jury trial having been held on Count 1 and Count 7 of the Indictment filed herein and presented against the above named defendant charging violations of Title 18, United States Code, Section 2 and 1792, as charged in Count 1, and Title 18, United States Code, Section 111(a) and (b), as charged in Count 7, and a verdict of Not Guilty having been returned as to both counts,

IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

David C. Bury, United States District Judge
Name and Title of Judge

May 2, 2013
Date